Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares or scarves similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

No. 59539.—Ch. Chraime *v.* United States, protests 234330–K and 237186–K (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

No. 59540.—Bemo Shipping Co. et al. *v.* United States, protests 265103–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim. of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 8, 1955

No. 59541.—Marino Bros. *v.* United States, protest 235864–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of Pecorino (sheep's milk) cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiff was sustained.